THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Maurice Williams,       
Appellant.
 
 
 

Appeal From Clarendon County
Howard P. King, Circuit Court Judge

Unpublished Opinion No. 2003-UP-768
Submitted October 15, 2003  Filed December 
 31, 2003

APPEAL DISMISSED

 
 
 
Senior Assistant Appellate Defender Wanda H. Haile, of Columbia, 
 for Appellant. 
Attorney General Henry Dargan McMaster, Chief Deputy Attorney 
 General John W. McIntosh, and Assistant Deputy Attorney General Charles H. Richardson, 
 all of Columbia; Cecil Kelley Jackson, of Sumter, for Respondent.
 
 
 

PER CURIAM:  Maurice Williams appeals his 
 guilty pleas to one count of first-degree burglary and one count of possession 
 of a weapon during the commission of a violent crime.  Counsel for Williams 
 attached to the final brief a petition to be relieved as counsel.  Williams 
 did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss the appeal 
 and grant counsels petition to be relieved.
 APPEAL DISMISSED.
HUFF, STILWELL, and BEATTY, JJ., concur.